STATE of Missouri, Respondent,

v.

Levester HAWKINS, Appellant.

No. WD 53423.

Missouri Court of Appeals, Western District.

Sept. 16, 1997.

---

10. As noted earlier, Defendants' motion to dismiss awaits a ruling.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### Order

PER CURIAM.

Appeal from convictions of murder in the second degree, § 565.021, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994.

Affirmed. Rule 30.25(b).